UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

| | |
|---|---|
| AL KOWALSKI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>YELLOWPAGES.COM, LLC, AT&T INC., and their Predecessors, Successors, and/or Assigns, and JOHN DOES 1-10 (being those officers, employees, directors, or other individuals who are responsible for, or participated in the conduct forming the basis of the Plaintiffs' claims) and CORPORATE ROES 1-10 (being entities, corporations, or other companies not herein named who are responsible for, or participated in the conduct forming the basis of the Plaintiffs' claims),<br><br>Defendants. | Civil Action No. _____ |

## DEFENDANT YELLOWPAGES.COM, LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE 7.1

The nongovernmental corporate party, YellowPages.com, LLC, in the above listed civil action has the following parent corporations and publicly held corporations that own ten (10%) percent or more of its stock:

> **IYP Holding Corporation, Bell South Advertising & Publishing Corporation, Bell South Corp., Southwestern Bell YellowPages, Inc., AT&T Yellow Pages Holding, LLC, and AT&T, Inc.**

This 18th day of May, 2009.

/s/ Michael J. Fekete_____
Michael J. Fekete
**STARK & STARK**

                40 Lake Center Executive Park
                401 Route 73 North, Suite 130
                Marlton, New Jersey 08053
                Telephone: (856) 552-4445
                Facsimile: (856) 874-0133
                mfekete@stark-stark.com