## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

_____

Al Kowalski d/b/a Kowalski Plumbing, and  :
Michelle Winick d/b/a Michelle Winick    :      Civil Action No. 09-2382 (PGS)
Design, Michael Gidro, individually and on :
behalf of all others similarly situated    :

                              :                **ORDER**

               Plaintiff,      :

                              :

v.                              :

YellowPages.com, LLC,          :

                              :

              Defendant.     :

_____

A Report and Recommendation was filed on August 18, 2010 recommending that this Court grant Defendant YellowPages.com, LLC's motion to transfer venue to the Southern District of New York.. (ECF No. 53.) The parties were given notice that they had fourteen days from receipt of the Report and Recommendation to file and serve any objections pursuant to Local Civil Rule 72.1(c)(2). Plaintiffs timely filed an objection to the Report and Recommendation (ECF No. 59.), and defendant filed a timely response. (ECF No. 63.)

Having carefully reviewed the Report and Recommendation de novo and the submissions by the parties, having heard oral argument on September 21, 2010, and for good cause appearing;

IT IS on this 22nd day of September 2010 ORDERED as follows:

1. The thoughtful and thorough Report and Recommendation of Magistrate Judge Esther Salas is hereby adopted as the opinion of this Court. (ECF No. 53.)

2. Defendant's motion to transfer venue to the Southern District of New York is granted.

_____
HON. PETER G. SHERIDAN, U.S.D.J.

September 22, 2010